**EXHIBIT B**

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

---

MICHELLE TENZER-FUCHS, on behalf of herself and all others similarly situated,

    Plaintiffs,

v.

E.L.F. COSMETICS, INC.,

    Defendant.

2:21-cv-01116

**STIPULATION OF VOLUNTARY DISMISSAL WITH PREJUDICE**

---

IT IS HEREBY STIPULATED AND AGREED, by and between Plaintiff Michelle Tenzer-Fuchs ("Plaintiff") and E.L.F. Cosmetics, Inc. ("Defendant"), by and through their undersigned counsel, pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, that this action be and hereby is voluntarily and finally dismissed with prejudice, without costs or attorneys' fees.

Dated: October 11, 2021

SHALOM LAW, PLLC

By: _____
Jonathan Shalom
105-13 Metropolitan Avenue
Forest Hills, NY 11375
Tel: 718-971-9474
Email: jshalom@jonathanshalomlaw.com

*Attorney for Plaintiff*

MORGAN, LEWIS & BOCKIUS LLP

By: _____
Michael F. Fleming
101 Park Avenue
New York, New York 10178
Tel: (212) 309-6207
Email: michael.fleming@morganlewis.com

*Attorney for Defendant*

**SO ORDERED:**

Dated: October 18, 2021

                /S/ Frederic Block
                United States District Judge